(21 Misc. Rep. 539.)

### ELEVENTH WARD BANK v. HEATHER et al.

(City Court of New York, General Term.   October 26, 1897.)

SUPPLEMENTARY PROCEEDINGS—WHEN LIE.

If, at the time when a judgment is entered, and execution thereon returned unsatisfied, and an order in supplementary proceedings issued, the judgment debtor is the owner and seised in fee of real property, the order must be vacated.

Appeal from special term.

Supplemental proceedings in aid of execution issued on a judgment in favor of the Eleventh Ward Bank against George Heather, impleaded with Joseph A. Brown and another.   From an order vacating an order for examination, plaintiff appeals.   Affirmed.

Argued before FITZSIMONS, CONLAN, and SCHUCHMAN, JJ.

G. S. P. Stillman, for appellant.

Adams & Adams, for respondents.

PER CURIAM.   An order was obtained against the judgment debtor herein, in supplementary proceedings, for his examination.   At the time it was granted he was seised and in possession of certain real estate in this city.   Upon motion, said order was vacated at special term, because the judgment debtor, when the judgment was rendered, and the execution thereon was returned unsatisfied, and said order in supplementary proceedings was issued, was the owner, and seised in fee, of real estate.   We think that the order appealed from must be affirmed.   Construction Co. v. Steinfeld, 16 N. Y. Law J. 1008; Moyer v. Moyer, 7 App. Div. 523, 528, 40 N. Y. Supp. 258;  Bank v. Quackenbush, 143 N. Y. 567, 38 N. E. 728.

The order appealed from is therefore affirmed, with costs.